UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL HANSON,

Plaintiff,

vs.

C R BARD INC., BARD PERIPHERAL
VASCULAR INC., and McKESSON
CORPORATION,

Defendants.

NO. 3:20-cv-05852-BJR
ORDER GRANTING DISMISSAL
OF McKESSON CORPORATION
WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Stipulation to Dismiss Claims Against McKesson Corporation Without Prejudice.  The Court has considered the Stipulation and is fully apprised in the premises.  NOW, THEREFORE, it is hereby

ORDERED that the Complaint and all causes of action against Defendant McKesson Corporation are dismissed without prejudice, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED that Defendant McKesson Corporation is dismissed without prejudice from the above-captioned lawsuit as no causes of action remain against it.

DATED this 27th day of August, 2020.

Barbara J. Rothstein
United States District Judge