**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HANSON,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>C R BARD INC., BARD PERIPHERAL VASCULAR INC.,<br><br>　　　　　　Defendants. | NO. 3:20-cv-05852-BJR<br><br>ORDER GRANTING JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES |

　　　Upon consideration of the Parties' JOINT MOTION TO STAY DISCOVERY AND PRETRIAL DEADLINES, and for good cause appearing, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED, and discovery and all pretrial deadlines are hereby stayed in this case is hereby continued for 90 days after entry of this Order to allow the Parties to conduct ongoing settlement negotiations.

　　　IT IS SO ORDERED.

　　　DATED this 2nd day of October, 2020.

_____
Barbara J. Rothstein
United States District Judge