The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HANSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>CR BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>    Defendants. | NO. 3:20-CV-05852-BJR<br><br>ORDER GRANTING JOINT MOTION TO EXTEND STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES |

Upon consideration of the Parties' JOINT MOTION TO EXTEND STAY OF DISCOVERY AND PRETRIAL DEADLINES, and for good cause appearing, IT IS HEREBY ORDERED that the Parties' Joint Motion is GRANTED. Discovery and all pretrial deadlines are hereby stayed for 60 days after entry of this Order to allow the Parties to finalize the settlement resolving all matters in dispute.

IT IS SO ORDERED.

Entered this the 29th day of December, 2020.

*/s/ Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge