UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HANSON,<br><br>                Plaintiff,<br>   v.<br><br>C.R. BARD, INC., et al.,<br><br>                Defendants. | No. 3:20-CV-5852-BJR<br><br>ORDER OF DISMISSAL |

Having reviewed the parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. No. 44), the Court ORDERS that Plaintiff's claims against Defendants are DISMISSED without prejudice. Each party will bear their own costs.

DATED this 1st day of March, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1